# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 29 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America )
v. )
JENNIFER CASTILLO )
) Case No: 1:17cr123LG-JCG-002
) USM No: 20533-043
)
Date of Original Judgment: 06/13/2018 )
Date of Previous Amended Judgment: _____ ) Mike Scott
*(Use Date of Last Amended Judgment if Any)* ) *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/13/2018   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 7/29/2019

Effective Date: _____
*(if different from order date)*

_____
Judge's signature

The Honorable Louis Guirola, Jr. Sr. U.S. District Judge
*Printed name and title*